versed and new trial ordered, with costs to the appellant to abide event. Opinion by Macomber, J.

Toronto General Trust Company, Appellant, v. The Chicago. Burlington and Quincy Railroad Company and others, Respondents.—Judgment affirmed, with costs. Opinion by Macomber, J.

Maximilian Fleischman and others, Appellants, v. Simon Newman, Respondent. — Judgment affirmed, with costs. Opinion by Macomber, J.

The East River National Bank and others, Respondents, v. Union Adams and others, Appellants. — Judgment reversed and new trial ordered, with costs to the appellant to abide the event. Opinion by Macomber, J.

James H. Dunham and others, Appellants, v. Thomas B. Cressy and others, Respondents.— Order affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

The People of the State of New York ex rel. Hugh Foley, Appellant, v. Stephen B. French and others, Commissioners, etc., Respondents — Order affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

James Thompson, Respondent, v. William J. Best, Appellant. — Order reversed, with ten dollars costs and disbursements, and order of arrest vacated. Opinion by Van Brunt, P. J.; dissenting opinion by Macomber, J.

Clara Campbell, Respondent, v. Charles Arbuckle, Appellant. — Judgment affirmed, with costs. Opinion by Macomber, J.; Van Brunt, P. J., dissenting opinion.

Solon Humphrey and others, Trustees, Plaintiffs and Respondents, v. The New York, Lake Erie and Western Railroad Company and others, Defendants and Appellants. — Judgment affirmed, with costs. Opinion by Brady, J.

Union Dime Savings Institution, Appellant, v. Florent Feltz, Respondent, Impleaded, etc.— Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion by Van Brunt, P. J.; Brady, J., dissents.

The Prince Manufacturing Company, Respondent, v. Prince's Metallic Paint Company, Appellant.—Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

Margaret Foster, Respondent, v. Theodore M. Roche, as Trustee, and The United States Trust Company, Appellants. — Judgment reversed in part and new trial ordered, without costs of this appeal. Opinion by Bartlett, J.

The People of the State of New York ex rel. The Central Park, North and East River Railroad Company, Appellant, v. The Commissioners of Taxes and Assessments of the city of New York, Respondent.— Order affirmed, with costs and disbursements. Opinion by Daniels, J.

The People of the State of New York ex rel. The Central Park, North and East River Railroad Company, Appellant, v. The Commissioners of Taxes and Assessments of the city of New York, Respondent. — Order affirmed, with costs and disbursements. Opinion by Daniels, J.

The People of the State of New York ex rel. The Central Park, North and East River Railroad Company, Appellant, v. The Commissioners of Taxes and Assessments of the city of New York, Respondents.—Order affirmed, with costs and disbursements. Opinion by Daniels, J.

Saly I. Mayer and others, Respondents, v. Garret L. Hardy, Appellant. — Judgment reversed. Opinion by Bartlett, J.

The People of the State of New York ex rel. The Central Park, North and East River Railroad Company, Appellant, v. The Commissioners of Taxes and Assessments of the city of New York, Respondent.— Order affirmed, with

ten dollars costs and disbursements. Opinion by Daniels, J.

The People of the State of New York ex rel. The Central Park, North and East River Railroad Company, Appellant, v. The Commissioners of Taxes and Assessments of the city of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Henry Elsworth and others, Executors, etc., Appellants, v. Sarah Hinton and others, Respondents. — Interlocutory judgment modified as directed in opinion. Opinion by Brady, J.

Charles H. Ward, Respondent, v. Jane Hartley Cowdrey, Executor, etc., Appellant. — Judgment affirmed. Opinion by Brady, J.

Benton McConnell, Appellant, v. The Manhattan Construction Company, Respondent. — Order reversed, with ten dollars costs and disbursements, unless stipulation directed in opinion be given, otherwise order affirmed, without costs. Opinion by Van Brunt, P. J.

Byron W. Cohen, Respondent, v. Augustus R. Lane and others, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

In the Matter of Robert A. Gregory. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

In the Matter of the Petition of George W. McLean, as Receiver of Taxes, etc.— Motion for reargument granted, the appeal to be submitted to the court which originally heard the appeal within ten days.

Samuel A. Nolen v. Gordon H Camp. — Motion to dismiss appeal granted, with ten dollars costs.

Henry B. Brewster v. William C. Brewster.— Motion granted, unless plaintiff pay ten dollars costs and stipulates to argue appeal March Term.

Peter C. Anthony, Appellant, v. Leopold Wise and others, Respondents.—Judgment affirmed, with costs. Opinion by Bartlett, J.

Anna F. Churchman, Respondent, v. Hannah B. Merritt and others, Appellants. — Order reversed, with costs, but without prejudice to another application upon papers setting forth a cause of action. Opinion by Bartlett, J

The National Thread Company, Respondent, v. The Mansfield Silk and Thread Company, Appellant. — Judgment affirmed, with costs. Opinion by Bartlett, J.

In the Matter of Sarah L. Plumb, an Infant. James N. Plumb, General Guardian, Appellant.— Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.; dissenting opinion by Bartlett, J.

William H. Kennagh, Appellant, v. Elizabeth McColgan, Executrix, etc. — Final judgment reversed and interlocutory judgment modified so as to overrule the demurrer as to the first and second defenses and sustain the same as to the third defense, without costs of this appeal to either party Opinion by Bartlett, J.

Francis Gordon Brown v. F. O. Norton.—Motion denied, with ten dollars costs.

Julius Leszynsky v. Samuel H. Leszynsky.— Motion granted, unless appellant stipulates to argue at February Term.

Madaline T. Burchell, Appellant, v. James Culgin, Respondent.— Judgment affirmed, with costs.

The Murray Hill Bank, Appellant, v. Elizabeth Van Antwerp and others, Respondents.—Judgment affirmed. Opinion by Brady, J.

*Edward Wood, Executor, etc., Respondent, v. Karoline Kroll, Individually and as Executrix, and others, Appellants. — Exceptions overruled, with costs of the motion. Opinion by Daniels, J.

* Decision handed down February 15, 1889.